COM.

v.

STEPHENSON, D.

1482 MDA 2016

Superior Court of Pennsylvania.

05/01/2017

CP–01–CR–0000430–2016 (Adams)

Affirmed

IN RE: A.J.H. and I.G.H., Minors

1564 MDA 2016

Superior Court of Pennsylvania.

05/01/2017

84695, 84696 (Berks)

Affirmed

IN RE: A.R.–H. and I.R.–H.

Appeal of: D H., Father

1606 MDA 2016

Superior Court of Pennsylvania.

05/01/2017

84695 and 84696 (Berks)

Affirmed

COM.

v.

THOMAS, C.

561 WDA 2016

Superior Court of Pennsylvania.

05/01/2017

CP–02–CR–0001010–2011
CP–02–CR–0009188–2011
(Allegheny)

Affirmed

COM.

v.

BAZHUTIN, R.

657 WDA 2016

Superior Court of Pennsylvania.

5/1/2017

CP–02–CR–0008616–2015
(Allegheny)

Affirmed